# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| Estate of Marion Fayne Anderson, Estate No. 2015ES3200802, by Kerry Brown, its personal representative, ) ) ) ) Plaintiff, ) vs. ) ) American International Group, Inc. a/k/a AIG, and National Union Fire Insurance Company of Pittsburgh, Pa., ) ) ) ) Defendant. ) | Case No. 3:17-cv-00032-TLW<br><br>STIPULATION OF DISMISSAL OF AMERICAN INTERNATIONAL GROUP, INC. ONLY |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that Plaintiff's claims against American International Group, Inc. a/k/a AIG, are voluntarily dismissed, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The claims against National Union Fire Insurance Company of Pittsburgh, Pa. remain pending.

s/ Pamela R. Mullis
Pamela R. Mullis, Esquire
Fed. I.D. # 7254
MULLIS LAW FIRM
prmullis@mullislawfirm.com
Post Office Box 7757
Columbia, SC 29202
(803) 799-9577
(803) 254-8956 (Fax)

ATTORNEY FOR PLAINTIFF

s/Peter H. Dworjanyn
Peter H. Dworjanyn, Esquire
Fed. ID#: 6289
COLLINS & LACY, PC
pdworjanyn@collinsandlacy.com
Post Office Box 12487
Columbia, SC  29211
(803) 256-2660
(803) 771-4484 (Fax)

ATTORNEYS FOR AMERICAN INTERNATIONAL GROUP, INC. a/k/a AIG, AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.