AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Estate of Marion Fayne Anderson, Estate No. 2015ES3200802, by Kerry Brown, its personal representative,
*Plaintiff*
v.
National Union Fire Insurance Company of Pittsburgh, Pa.,
*Defendant*

Civil Action No.     3:17-cv-00032-MGL

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ summary judgment is entered in favor of the defendant, National Union Fire Insurance Company of Pittsburgh, Pa. The plaintiff, Estate of Marion Fayne Anderson, Estate No. 2015ES3200802, by Kerry Brown, its personal representative, shall take nothing of the defendant, National Union Fire Insurance Company of Pittsburgh, Pa., and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding. The Court having heard and granted the defendant's motion for summary judgment.

Date:   March 22, 2018                                               *ROBIN L. BLUME, CLERK OF COURT*

                                                                     s/Charles L. Bruorton
                                                                     *Signature of Clerk or Deputy Clerk*